# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHRISTOPHER GARNER AND ALLEN SMITH

NO. 2022 CW 0757

VERSUS

RICHARD FARON, LOWE'S HOME CENTERS, LLC, MARSH USA, INC.

**SEPTEMBER 12, 2022**

---

In Re:   Richard Faron, Lowe's Home Centers, LLC, and National Union Fire Insurance Company of Pittsburgh, PA, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 715-708.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT